Eric Dominquez
Full Name/Prisoner Number
219 North twelve
avenue; caldwell, ID

Complete Mailing Address

Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Eric Dominquez etal,
Plaintiff,
(Full name and prisoner number.)

vs.

Canyon County Jail
Canyon County, Caldwell Police
Defendant(s),
(Full name(s). Do not use et. al.)
State of Idaho

CASE NO. _____
(To be supplied by the Court)

**PRISONER CIVIL RIGHTS COMPLAINT**

### A. PARTIES

1. Eric Dominquez is a citizen of Idaho
   (Plaintiff)                           (State)
   presently residing at 219 North twelve Avenue
   (Mailing address or place of confinement)

2. Defendant Canyon County etal, is a citizen of Idaho
   (Name of first defendant)                  (State)
   whose address is 1115 Albany St. Caldwell, ID 83605,
   and who is employed as County, Jail, Police Force
   (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? √ Yes ___ No. If your answer if "Yes," briefly explain: _It's a violation of Idaho law to retallitite against inmates or commet false arrest, cruel unusal punishment, no access to the court_

3. Defendant _____ is a citizen of _____
         (Name of second defendant)                              (State)
whose address is _____,

and who is employed as _____.
                          (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? ___Yes ___No. If your answer is "Yes," briefly explain: _____

_____

_____

_____

**NOTE: If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.**

### B. JURISDICTION

1.   Jurisdiction is asserted pursuant to (CHECK ONE)

          ____ 42 U.S.C. § 1983 (applies to state prisoners)

          ____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

I, Eric Dominguez, hereby state that I was subjected to cruel unusual punishment at canyon county Jail; escape was the only way to save my life. I am innocent of the charges that were against me. The only reason I plead guilty is because my family was threatened. Men came into my house and attacked my family, to prevent me from going public with information about corrupt local police officers, and confidential informants who were committing crimes against kids. I also have information about Shadow Trackers Investigative services illegal business practices, and other illegal activites. In an attempt to discredit and silence me I have been framed for child abuse and then abused AND RETALLIATED AGAINST by jail deputies at Canyon County jail forcing me to escape. Shadow Trackers Investigative Services has played an accomplice role in a child exploitatation pedophilia network. Several Canyon Sherriffs officers and Caldwell police detectives and officers committed suicide because of the fact they were about to be exposed. Detective Montoya from Nampa Police Dept. is also connected with this. Canyon County and Ada County Law Enforcement have a long history of kidnapping underage juvinilles and then classifying them as "confidential informants" to cover their tracks. If the federal government were to research their drug investigations they would find that several corrupt police officers/narcotics/gang officers are abusing these under age juvinilles who are taken without their parents consent. In a recent case a underage girl was taken by lawenforcment for two weeks and her parents were told nothing about it, and their missing persons reports were ignored, and it was covered up under the disguise of a drug investigation.

RELIEF SOUGHT:

1. Preliminary injunctive relief of an investigation into shadow trackers investigative services and their connection to several known pedophiles and a child exploitation network across the Northwest, and their connection with the suicides of several local officers over the course of the last 10 yrs. All drug investigations and confidential informants involving juviniles should be investigated for abuse by police officers.
2. 1,000,000 MILLION DOLLARS FROM CANYON COUNTY JAIL, Caldwell police, and shadow trackers investigative services
3. An apology letter from canyon county.

Eric Dominguez    1/1/12

## Business Reply Postage

P.S. 3582 - C

COST CENTER: 83814

DATE: 01/13/12

**Account Information**

| | | | |
|---|---|---|---|
| Account Number: Permit: | OB 12615-526 | Current Balance: | N/A |
| Company: | ADMINISTRATIVE OFFICE OF THE US COURTS | Contact: | LYNETTE PARSONS |
| Address: | 6450 N MINERAL DRIVE COEUR D ALENE, ID 83815 | Phone Number: | (208)665-6846 |
| Where Issued: | n/a | Finance Number: | 15-1900 |
| Comments: | finance number 105010 No receipt neccessary, verified with Phillis Woods, Business Mail manager Seattle Districe on 01/21/2011 | | |

Type of (BRM) Account: Basic BRM

Mailing Date: 01/13/2012

Final

TRANS# 201201310341704BM

Federal Agency Cost Code: 009

**Letter Prices**

| Line Seq# | Description | Weight Not Over (Ounces) | Number of Pieces | Postage per Piece | Per Piece Handling Charge | Postage |
|---|---|---|---|---|---|---|
| A1 | Cards | 0 | 0 | 0.290 | 0.750 | 0.000 |
| A2 | 1 oz. | 1 | 7 | 0.440 | 0.750 | 8.330 |
| A3 | 2 oz. | 2 | 0 | 0.640 | 0.750 | 0.000 |
| A4 | 3 oz. | 3 | 0 | 0.840 | 0.750 | 0.000 |
| A5 | 3.5 oz. | 3.5 | 0 | 1.040 | 0.750 | 0.000 |
| A6 | Nonmachinable Surcharge | 3.5 | 0 | 0.200 | 0.000 | 0.000 |

| Seq# | Description | Number of Pieces | Postage per Piece | Per Piece Handling Charge | Postage |
|---|---|---|---|---|---|
| A33 | Postage Due | 0 | 0.000 | 0.000 | 0.000 |

Total Postage: $8.33

Customer Reference ID

The above amount has been deducted from your advance deposit account.

*Barry Bennecke*
AUTHORIZED SIGNATURE

EXAMINED JAN 13 2012 U.S. MARSHAL